**William Lee RICHARDSON, Jr., Plaintiff–Appellant,**

**and**

**U.S. Senate Majority Leader; State of West Virginia, Plaintiffs,**

v.

**UNITED STATES DISTRICT COURT; W. Craig Broadwater, Defendants–Appellees.**

No. 01–8052.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 21, 2002.

Decided March 6, 2002.

William Lee Richardson, Jr., Appellant Pro Se.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

William Lee Richardson, Jr., appeals the district court's order dismissing his civil

complaint as frivolous. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Richardson v. United States Dist. Court*, No. CA–01–609–2 (S.D.W.Va. Nov. 20, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*